```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12792
    ARCHIE BANKS
    CAROLINE BANKS                          CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
          Debtor
    SSN XXX-XX-5817     SSN XXX-XX-5599

-------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 07/18/2007 and was confirmed 09/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/01/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC       2396.00         867.73        2038.50
AMERICREDIT FINANCIAL SV  UNSECURED           7762.96            .00            .00
CHASE MANHATTAN MTG CORP  CURRENT MORTG          .00            .00            .00
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE       9689.96            .00            .00
FORD MOTOR CREDIT         SECURED VEHIC          .00            .00            .00
FORD MOTOR CREDIT CORPOR  UNSECURED              .00            .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS        19064.74            .00            .00
MARY ARRINGTON            NOTICE ONLY        NOT FILED          .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED          10047.45            .00            .00
CAPITAL ONE               UNSECURED            511.93            .00            .00
CAPITAL ONE               UNSECURED            730.51            .00            .00
FINANCIAL CREDIT NETWORK  UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED            105.99            .00            .00
CREDIT PROTECTION         UNSECURED          NOT FILED          .00            .00
CREDIT PROTECTION         UNSECURED          NOT FILED          .00            .00
CREDIT PROTECTION         UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED            568.08            .00            .00
JC PENNEY                 UNSECURED          NOT FILED          .00            .00
LVNV FUNDING              UNSECURED          NOT FILED          .00            .00
MEDICAL COLLECTIONS SYS   UNSECURED          NOT FILED          .00            .00
NICOR GAS                 UNSECURED           2466.80            .00            .00
AT&T WIRELESS             UNSECURED             68.22            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           1493.73            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED             96.47            .00            .00
TELE COLLECTION SYSTEMS   UNSECURED          NOT FILED          .00            .00
TELE COLLECTION SYSTEMS   UNSECURED          NOT FILED          .00            .00
WEST ASSET MANAGEMENT     UNSECURED          NOT FILED          .00            .00
AMERICAN GENERAL FINANCI  SECURED NOT I       1879.56            .00            .00
AMERICREDIT FINANCIAL SV  SECURED NOT I          .00            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,454.00                       1,624.26
TOM VAUGHN                TRUSTEE                                             337.29

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 12792 ARCHIE BANKS & CAROLINE BANKS
```

```
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,867.78

PRIORITY                                              .00
SECURED                                          2,038.50
    INTEREST                                       867.73
UNSECURED                                             .00
ADMINISTRATIVE                                   1,624.26
TRUSTEE COMPENSATION                               337.29
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                   4,867.78                4,867.78
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```